# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH HENRY,
#833761

      Plaintiff,

vs.

NAPHCARE, INC.,

      Defendant.

2:10-cv-00790-PMP-LRL

**ORDER**

On September 13, 2010, the court issued an order granting plaintiff's application to proceed *in forma pauperis* and dismissing his complaint filed pursuant to 42 U.S.C. § 1983 with leave to amend (docket #6). On September 20, 2010, the order served on plaintiff was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this action is dismissed.

/ / /

/ / /

/ / /

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

2 **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: September 27, 2010.

_____
PHILIP M. PRO
United States District Judge